IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| DANYIL K.,[1] | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-242 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |

## ORDER TO SHOW CAUSE

Before the Court is Petitioner Danyil K.'s "Motion for Order to Show Cause under 28 U.S.C. § 2243," filed on October 30, 2025. Dkt. No. 6. The Petitioner requests from this Court an order directing Respondents Pamela Bondi, Kristi Noem, Todd Lyons, Miguel Vergara, and the Warden of Port Isabel Service Detention Center to show cause why his petition for a writ of habeas corpus should not be granted. *Id.*

Now, the Court **GRANTS** Petitioner's "Motion for Order to Show Cause as under 28 U.S.C. § 2243" (Dkt. No. 6).

Pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to file their return certifying the true cause of the detention. The Court finds good cause provides that such return shall be filed **no later than November 17, 2025**.[2]

Additionally, Respondents shall also file under seal – **no later than November 17, 2025** – a Bates stamped copy of Petitioner's A-file.

Petitioner shall file a reply to the Respondent's return **no later than November 24, 2025.**

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] 28 U.S.C. § 2243 allows a return within three days unless for good cause additional time, not exceeding twenty days, is allowed.

At this time, the Court finds good cause exists to forego setting a hearing until the issues in the case are fully briefed.

Signed on November 3, 2025.

*Karen Betancourt*

Karen Betancourt
United States Magistrate Judge