United States District Court
Southern District of Texas
**ENTERED**
May 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| DANYIL KYBUKEVYCH, <br> "Petitioner," | § <br> § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 1:25-CV-00242 |
| PAMELA BONDI, *et al.,* <br> "Respondents," | § <br> § <br> § | |

### ORDER

Before the Court are Petitioner's "Verified Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss and, in the Alternative, for Summary Judgment" ("MTD") (Dkt. No. 9), "Report and Recommendation to Deny Petitioner's Habeas Petition" ("Report and Recommendation") (Dkt. No. 14), and "Petitioner's Objections to Report and Recommendation" ("Objections") (Dkt. No. 15).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 14) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this May 5, 2026

_____
Rolando Olvera
United States District Judge

1 / 1